# Court of Appeals
# of the State of Georgia

ATLANTA,___March 07, 2014____

*The Court of Appeals hereby passes the following order:*

**A14A0983.  TONY LENOY STRANGE v. BERTHA MAE TOWNS, et al.**

Tony Lenoy Strange seeks a declaratory judgment that he is the sole trustee of the Pauline Strange Inter Vivos Trust.  The trust was established in Pauline Strange's last will and testament, and was also the subject of certain documents she executed subsequent to her will.  The issue in this case is whether those documents modified relevant provisions of the will.

The Georgia Supreme Court has jurisdiction over appeals in cases involving wills. Ga. Const. 1983, Art. VI, Sec. VI, Para. III.  The Supreme Court has explained that "'all cases involving wills' means those cases in which the will's validity or meaning is in question." *In re: Estate of Gwendolyn H. Lott*, 251 Ga. 461 (306 SE2d 920) (1983).  Because this case concerns the interpretation of a will, jurisdiction appears to lie in the Supreme Court.  Accordingly, this appeal is hereby TRANSFERRED to that Court.



Court of Appeals of the State of Georgia
            Clerk's Office, Atlanta, 03/07/2014____
            *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
            *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____, Clerk.